188 So.2d 288

**Donald V. STINSON**

v.

**STATE of Alabama.**

6 Div. 351.

Supreme Court of Alabama.

June 16, 1966.

Rehearing Denied June 23, 1966.

Donald V. Stinson, pro se.

Richmond M. Flowers, Atty. Gen., and Julian S. Pinkston, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Donald V. Stinson, for certiorari to the Court of Appeals to review and revise the judgment and decision in Stinson v. State, 188 So.2d 287.

Writ denied.

GOODWYN, MERRILL and HARWOOD, JJ., concur.

187 So.2d 270

**Luray TODD**

v.

**STATE.**

6 Div. 272.

Supreme Court of Alabama.

June 2, 1966.

Peter A. Hall and Orzell Billingsley, Jr., Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

HARWOOD, Justice.

Affirmed.

LIVINGSTON, C. J., and MERRILL and COLEMAN, JJ., concur.

183 So.2d 479

**Horace YOUNG**

v.

**STATE of Alabama.**

1 Div. 353.

Supreme Court of Alabama.

Jan. 20, 1966.

Rehearing Denied March 3, 1966.

Horace Young, pro se.

Richmond M. Flowers, Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Horace Young for certiorari to the Court of Appeals to review and revise the judgment and decision in Young v. State of Alabama, 183 So.2d 479.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.